```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

PATRICIA A. PAYTON                                          PLAINTIFF

    v.                Case No. 05-6073

LINDA S. MCMAHON,[1]
Commissioner, Social
Security Administration                                     DEFENDANT

### J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of this Judgment on the docket in which to appeal.**

IT IS SO ORDERED this 8th day of February, 2007.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.